UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN ARZATE TELLO,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF FREMONT, et al.,<br>　　　　Defendants. | Case No. 18-cv-04944-VC<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Following service of the statement noting the death of plaintiff Julian Tello on September 28, 2018, the parties or Tello's successor had 90 days to file a motion for substitution. *See* Fed. R. Civ. P. 25(a)(1); *see also* Dkt. No. 18. Because neither has done so, the case is now dismissed with prejudice. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 3, 2019

VINCE CHHABRIA
United States District Judge